## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CURTIS GENE RICHEY                                           PETITIONER
ADC #152837

V.                             No. 3:22-CV-272-DPM-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                             RESPONDENT

## ORDER

Respondent Dexter Payne has filed a Motion to Dismiss (*Doc. 10*) along with a Brief In Support (*Doc. 11*) and exhibits (*Doc. 12*) arguing that Petitioner Curtis Gene Richey's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (*Doc. 2*) should be denied because the Petition is untimely. To comply with Rule 5 of the Rules Governing § 2254 Cases in the United States District Courts, Respondent is directed to supplement his Motion to Dismiss to provide the relevant trial transcript from the state court proceedings in *State v. Curtis G. Richey*, Lawrence County Circuit Court Case Number CR-2011-106. § 2254 Rule 5(c). Respondent must file the transcript **on or before July 7, 2023**.

DATED this 30th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE