IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CURTIS GENE RICHEY                                            PETITIONER
ADC #152837

v.                                No. 3:22-cv-272-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                              RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's thorough recommendation, *Doc. 17*, and overrules Richey's objections, *Doc. 18*. Fed R. Civ. P. 72(b)(3). Director Payne's motion to dismiss, *Doc. 10*, is granted. Richey's petition, *Doc. 2*, will be dismissed with prejudice. No certificate of appealability will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 September 2023