IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CURTIS GENE RICHEY                                              PETITIONER
ADC #152837

v.                          No. 3:22-cv-272-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                 RESPONDENT

## JUDGMENT

Richey's petition is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2023